Ken C. DAVIS, Plaintiff-Appellant,

v.

Robert MCCABE; Major Spruill; Mrs. McDonald; Mrs. Jackson, Defendants-Appellees,

and

Commonwealth of Virginia; Stu; Harold W. Clarke, Defendants.

No. 17-6216

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Ken C. Davis, Appellant Pro Se. Jonathan Lewis Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for Appellees.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ken C. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Davis' informal brief does not challenge the basis for the district court's disposition, Davis has forfeited appellate

review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*